DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKET TRADERS INSTITUTE, INC.,**
Appellant,

v.

**KEVIN KENT,**
Appellee.

No. 4D19-3719

[August 5, 2020]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2019-CA-003831.

Courtney M. Keller, I. William Spivey, II, and Colin S. Baker of Greenberg Traurig, P.A., Orlando, for appellant.

Jonathan B. Butler of Ciklin Lubitz, West Palm Beach, for appellee.

PER CURIAM.

We reverse an order denying a motion to transfer venue and remand for an evidentiary hearing on the venue issue. On remand, the circuit court shall permit discovery only on the venue issue, until that issue is decided after the evidentiary hearing. *See Merrill Lynch, Pierce, Fenner and Smith, Inc. v. Nat'l Bank of Melbourne & Tr. Co.*, 238 So. 2d 665 (Fla. 4th DCA 1970); *Carnival Corp. v. Garcia*, 237 So. 3d 1110 (Fla. 3d DCA 2018).

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*